Dale H. Thayer, Esq.   Bar No. 46051
Kenneth R. Hedberg, Esq.   Bar No. 209310
THAYER, HARVEY, GREGERSON,
HEDBERG & JACKSON
1100 Fourteenth Street, Suite F
Post Office Box 3465
Modesto, California  95354
Telephone:    (209) 523-3300
Facsimile:    (209) 523-3399

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRITTSON, | Case No:   1: 04 CV 5368 REC DLB |
| Plaintiff, | JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND DISCOVERY DEADLINES |
| vs. | |
| CITY OF CERES; et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the settlement conference presently set for August 16, 2005, be continued to **February 21, 2006, at 10:00 a.m. in Courtroom 5** of the above-entitled court.

IT IS FURTHER STIPULATED that certain deadlines shall be extended as follows:

Non-Dispositive Motion Deadlines:
    Filing:                                       October 28, 2005
    Hearing:                                   November 18, 2005

DATED:   July ____, 2005.

        Law Offices of GIANELLI & FORES
        A Professional Law Corporation


        By_____s/_____
            Robert P. Fores, Esq. Bar No. 119235
            Attorney for Plaintiff

/ / /

**THAYER HARVEY GREGERSON HEDBERG & JACKSON**
1100 - 14th Street #F
Modesto, CA 95353
Tel. (209) 523-3300
Fax (209) 523-3399

-1-

Joint Stipulation to Continue Settlement Conference and Discovery Deadlines

1   DATED: July ____, 2005.

2                                               THAYER HARVEY GREGERSON
                                                HEDBERG & JACKSON
3

4                                               By_____s/_____
                                                    Kenneth R. Hedberg, Esq. Bar No. 209310
5                                                   Attorney for Defendants

6

7

8   IT IS SO ORDERED.

9   Date:  July 28, 2005                        _____**/s/ Dennis L. Beck**_____
                                                HONORABLE DENNIS L. BECK

**THAYER HARVEY GREGERSON HEDBERG & JACKSON**
1100 - 14th Street #F
Modesto, CA 95353
Tel. (209) 523-3300
Fax (209) 523-3399

-2-

Joint Stipulation to Continue Settlement Conference and Discovery Deadlines