Dale H. Thayer, Esq. Bar No. 46051
Kenneth R. Hedberg, Esq. Bar No. 209310
THAYER HARVEY GREGERSON
HEDBERG & JACKSON
1100 Fourteenth Street, Suite F
Post Office Box 3465
Modesto, California 95354
Telephone: (209) 523-3300
Facsimile: (209) 523-3399

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DANIEL BRITTSON, | Case No: 1: 04 CV 5368 REC DLB |
| Plaintiff, | JOINT STIPULATION TO CONTINUE JURY TRIAL AND ALL ASSOCIATED COURT ORDERED DEADLINES; ORDER THEREON |
| vs. | |
| CITY OF CERES; et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the jury trial presently set for May 2, 2006, be continued to **March 6, 2007,** at 9:00 a.m. in Courtroom 1 of the above-entitled court for a 9-10 day jury trial; the settlement conference presently set for February 21, 2006, at 10:00 a.m. be continued to **January 23, 2007,** at 10:00 a.m. in Courtroom 5**;** the pre-trial conference presently set for March 24, 2006, at 1:30 p.m. in Courtroom 5 be continued to **February 2, 2007,** at 1:30 p.m. in Courtroom 5 of the above-entitled court.

IT IS FURTHER STIPULATED that certain deadlines shall be extended as follows:

Discovery Deadline

    Non Expert:                                   September 29, 2006
    Expert:                                           December 1, 2006

Disclosure of Expert Trial Witnesses:               October 13, 2006

Supplemental Disclosure of Experts:               November 3, 2006

THAYER HARVEY
GREGERSON HEDBERG
& JACKSON
1100 - 14th Street #F
Modesto, CA 95353
Tel. (209) 523-3300
Fax (209) 523-3399

-1-

Joint Stipulation to Continue Jury Trial and All Associated Court Ordered Deadlines; Order(II)

Non-Dispositive Motion Deadlines

    Filing:    October 6, 2006
    Hearing:    November 3, 2006

Dispositive Motion Deadlines:

    Filing:    December 12, 2006
    Hearing:    January 15, 2007

This joint stipulation to continue the presently scheduled trail date and all associated court ordered deadlines is respectively submitted to the court by all parties in conjunction with the declaration of plaintiff's counsel, Robert P. Fores, establishing good cause for the requested relief.

DATED: December ____, 2005.

    Law Offices of GIANELLI & FORES
    A Professional Law Corporation


    By_____
        Robert P. Fores, SBN 119235
        Attorney for Plaintiff

DATED: December ____, 2005.

    THAYER HARVEY GREGERSON
    HEDBERG & JACKSON


    By_____
        Kenneth R. Hedberg, SBN 209310
        Attorney for Defendants

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Date: January 23, 2006    _____/s/ *Dennis L. Beck*_____
        HONORABLE DENNIS L. BECK

THAYER HARVEY
GREGERSON HEDBERG
& JACKSON
1100 - 14th Street #F
Modesto, CA 95353
Tel. (209) 523-3300
Fax (209) 523-3399

-2-

Joint Stipulation to Continue Jury Trial and All Associated Court Ordered Deadlines; Order(II)