Kenneth R. Hedberg, Esq. Bar No. 209310
THAYER HARVEY GREGERSON
HEDBERG & JACKSON
1100 Fourteenth Street, Suite F
Post Office Box 3465
Modesto, California  95354
Telephone:    (209) 523-3300
Facsimile:     (209) 523-3399

Attorneys for Defendants

Robert P. Fores, Esq.  Bar No. 119235
FORES MACKO
801 10th Street, Fifth Floor, Suite 105
Modesto, California  95354
Telephone:    (209) 527-9899
Facsimile:     (209) 527-2889

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DANIEL BRITTSON, | Case No:   CIV-F-04-5368 OWW DLB |
| Plaintiff, | JOINT STIPULATION TO CONTINUE JURY TRIAL AND ALL ASSOCIATED COURT ORDERED DEADLINES; ORDER THEREON |
| vs. | |
| CITY OF CERES; et al. | |
| Defendants. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the jury trial presently set for March 6, 2007, be continued to **September 18, 2007,** at 9:00 a.m. in Courtroom 3 of the above-entitled court for a 10-15 day jury trial; the settlement conference presently set for January 23, 2007, at 10:00 a.m. be continued to **August 7, 2007,** at 10:00 a.m. in Courtroom 9**;** the pre-trial conference presently set for February 2, 2007, at 1:30 p.m. in Courtroom 5 be continued to **August 13, 2007,** at 11:00 a.m. in Courtroom 3 of the above-entitled court.

IT IS FURTHER STIPULATED that certain deadlines shall be extended as follows:

PDF created with pdfFactory trial version www.pdffactory.com

1    Discovery Deadline

2        Non Expert:                                              May 18, 2007
         Expert:                                                  June 15, 2007
3

4    Non-Dispositive Motion Deadlines

5        Filing:                                                  June 1, 2007
         Hearing:                                                 June 22, 2007
6    Dispositive Motion Deadlines:

7        Filing:                                                  June 26, 2007
         Hearing:                                                 July 30, 2007
8

9    This joint stipulation to continue the presently scheduled trial date and all associated court ordered

10   deadlines is respectively submitted to the court by all parties in conjunction with the declaration of

11   defendants' counsel, Kenneth R. Hedberg, Esq., establishing good cause for the requested relief.

12   DATED:  January 9, 2007

13                                                    FORES MACKO
                                                      A Professional Law Corporation
14

15                                                    By    /s/ Robert P. Fores, Esq.
                                                            Robert P. Fores, SBN 119235
16                                                          Attorney for Plaintiff

17   DATED:  January 9, 2007

18                                                    THAYER HARVEY GREGERSON
                                                      HEDBERG & JACKSON
19

20                                                    By    /s/ Kenneth R. Hedberg, Esq.
                                                            Kenneth R. Hedberg, SBN 209310
21                                                          Attorney for Defendants

22
     GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.
23

24
     Date:  __January 12, 2007__         _/s/ OLIVER W. WANGER_____
25                                       HONORABLE OLIVER W. WANGER

26

27

28

**THAYER HARVEY GREGERSON HEDBERG & JACKSON**
1100 - 14th Street #F
Modesto, CA 95353
Tel. (209) 523-3300
Fax (209) 523-3399

-2-

Joint Stipulation to Continue Jury Trial and Certain Associated Court Ordered Deadlines; Order

PDF created with pdfFactory trial version www.pdffactory.com