# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRITTSON, | CASE NO. CV F 04-5368 LJO DLB |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO DISMISS ACTION |
| vs. | |
| CITY OF CERES, et al., | |
| Defendants. | |

Settlement was reached at the August 30, 2007 settlement conference at which the parties were directed to file papers to dismiss this action within 30 days.  Despite assurances from counsel that the papers would be filed, no dismissal papers have been filed.  This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, this Court ORDERS the parties, no later than December 28, 2007, to show cause in writing why sanctions, including dismissal of this action with or without prejudice and monetary sactions against counsel and/or the parties, should not be imposed for failure to dismiss this action timely.  This order to show cause will be deemed vacated if prior to December 27, 2007 papers are filed to dismiss this action in its entirety.

IT IS SO ORDERED.

**Dated:   December 18, 2007**            **/s/ Lawrence J. O'Neill**
                                                                 UNITED STATES DISTRICT JUDGE

1