**ROBERT P. FORES, SBN 119235**
**FORES ■ MACKO**
A Professional Law Corporation
801 – 10th Street, Fifth Floor, Suite 105
Modesto, CA 95354
(209) 527-9899
(209) 527-2889 (Facsimile)

Attorneys for plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRITTSON, | Case No. F-04-5368 LJO DLB |
| Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL** |
| vs. | |
| CITY OF CERES; DARREN VENN, individually and as an officer of the Ceres Police Department; KEITH GRIEBEL, individually and as an officer of the Ceres Police Department; TRENTON JOHNSON, individually and as an officer of the Ceres Police Department; JAMES ROBBINS, individually and as a Sergeant of the Ceres Police Department, | |
| Defendants. | |

COME NOW the parties in the above captioned case, by and through their undersigned counsel, and hereby respectfully request said cause be dismissed, with prejudice, forthwith. Each party to bear their own attorney's fees and costs. This agreement may be signed in counterpart.

DATED: December 14, 2007        FORES ■ MACKO
                                A Professional Law Corporation


                                       /s/ Robert P. Fores
                                By:_____
                                ROBERT P. FORES, SBN 119235
                                Attorneys for plaintiff
                                DANIEL BRITTSON

- 1 -

STIPULATION AND ORDER RE DISMISSAL

DATED: December 14, 2007

By: /s/ Kenneth R. Hedberg
KENNETH R. HEDBERG, SBN 209310
Attorneys for defendant
CITY OF CERES

**ORDER**

Pursuant to the above stipulation, this Court DISMISSES this action with prejudice and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated: December 21, 2007          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

- 2 -

STIPULATION AND ORDER RE DISMISSAL